United States District Court
For the Northern District of California

1

2

3    IN THE UNITED STATES DISTRICT COURT

4

5    FOR THE NORTHERN DISTRICT OF CALIFORNIA

6

7    UBISOFT, INC.,                                    CASE NO. C 12-03576 LHK

8              Plaintiff,                              (Proposed)
                                                       ORDER GRANTING APPLICATION
9         v.                                           FOR ADMISSION OF ATTORNEY
                                                       *PRO HAC VICE*
10   GUITAR APPRENTICE, INC.,

11

12             Defendant.
     _____/

13

14   Michelle L. Marriott                    , whose business address and telephone number is

15   Erise IP, P.A., 6201 College Blvd, Suite 300, Overland Park, KS 66211, Telephone: (913)
     777-5600

16

17   and who is an active member in good standing of the bar of  the State of Kansas

18   having applied in the above-entitled action for admission to practice in the Northern District of

19   California on a pro hac vice basis, representing   Plaintiff Ubisoft, Inc.

20        IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and

21   conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac*

22   *vice.* Service of papers upon and communication with co-counsel designated in the application

23   will constitute notice to the party. All future filings in this action are subject to the requirements

24   contained in General Order No. 45, *Electronic Case Filing.*

25

26   Dated: July 30, 2012                    _Lucy H. Koh_____

27                                           United States  District    Judge

28