IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UBISOFT, INC., | CASE NO. C 12-03576 LHK |
| Plaintiff, | (~~Proposed~~) ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE* |
| v. | |
| GUITAR APPRENTICE, INC., | |
| Defendant. | |

Eric Buresh                                      , whose business address and telephone number is

Erise IP, P.A., 6201 College Blvd, Suite 300, Overland Park, KS 66211, Telephone: (913) 777-5600

and who is an active member in good standing of the bar of the State of Kansas

having applied in the above-entitled action for admission to practice in the Northern District of California on a pro hac vice basis, representing  Plaintiff Ubisoft, Inc.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing.*

Dated: July 30, 2012

*Lucy H. Koh*
United States District Judge